IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JASON R.,[1]

    Plaintiff,

v.

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

    Defendant.

Case No. 6:20-cv-01981-MK

ORDER

MCSHANE, Judge:

    Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 19), and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although neither party filed objections, I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

---

[1] In the interest of privacy, this Order uses only the first name and the initial of the last name of the non-governmental party.

1 –ORDER

Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 19) is adopted in full. The Commissioner's decision is REVERSED and this matter is REMANDED for immediate calculation and payment of benefits.

IT IS SO ORDERED.

DATED this 31st day of March, 2022.

                                                /s/ Michael J. McShane
                                                Michael McShane
                                              United States District Judge