HALPERN LAW GROUP
**ARI D. HALPERN**, ATTORNEY AT LAW — OSB # 045230
ari@halpernlawgroup.net
62910 OB Riley Rd., Ste. 100
Bend, OR  97703
Voice: (541) 388-8410
Fax: (541) 323-2306
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION


**JASON ALLEN REYNOLDS,**                            Case No. 6:20-cv-01981-MK

      Plaintiff,

vs.

**COMMISSIONER,**                            ORDER - EQUAL ACCESS
**SOCIAL SECURITY ADMINISTRATION**           TO JUSTICE ACT AWARD
                                             OF FEES
      Defendant.


      Attorney fees in the amount of $3502.67 are hereby awarded to Plaintiff pursuant to the Equal Access To Justice Act, 28 U.S.C. § 2412(d).  Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Ari Halpern's address: 62910 O.B. Riley Rd, Suite 100, Bend, OR 97703.   In accordance with the fee

ORDER - EQUAL ACCESS TO JUSTICE ACT AWARD OF FEES                            — Page 1

assignment which Plaintiff has signed, payment shall be made in Ari Halpern's name if no debt subject to offset exists.

DATED this <u>22nd</u> day of <u>June</u>, 20<u>22</u>.

s/Michael J. McShane

_____

United States District Court Judge or Magistrate

Submitted on June 6, 2022
s/ Ari D. Halpern
ARI D. HALPERN, OSB # 045230
Voice: (541) 388-8410
Fax: (541) 323-2306
ari@halpernlawgroup.net
Attorney for Plaintiff

ORDER - EQUAL ACCESS TO JUSTICE ACT AWARD OF FEES          — Page 2