HALPERN LAW GROUP
**ARI D. HALPERN**, ATTORNEY AT LAW — OSB # 045230
ari@halpernlawgroup.net
62910 OB Riley Rd., Ste. 100
Bend, OR   97703
Voice: (541) 388-8410
Fax: (541) 323-2306
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **JASON ALLEN REYNOLDS,** | Case No. 6:20-cv-01981-MK |
| Plaintiff, | |
| vs. | ORDER FOR ATTORNEYS FEES PURSUANT TO |
| **COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** | 42 U.S.C. § 406(b) |
| Defendant. | |

Attorneys' fees in the amount of $19,345.25 are hereby awarded to Attorney Ari Halpern, pursuant to 42 U.S.C. § 406(b).   Although fees under the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412, were ordered, they were entirely offset by Plaintiff's debt and the undersigned attorney received no EAJA fees. Consequently, no amount, besides any user fees, should be deducted from above referenced fee. When issuing the §406(b) check, the agency is directed to send to Plaintiff's attorney, Ari Halpern, at the address above, $19,345.25, minus any user fees. Any amount withheld after all administrative and court attorney fees are paid should be released

ORDER FOR FEES PURUSANT TO 42 U.S.C. § 406(b)    - Page  1

to the Plaintiff.

    DATED this <u>17th</u> day of November 2022.

                                 <u>s/ Mustafa T. Kasubhai</u>
                                 MUSTAFA T. KASUBHAI (He / Him)
                                 United States Magistrate Judge

Presented by:
s/ Ari D. Halpern
ARI D. HALPERN, OSB # 045230
Voice: (541) 388-8410
Fax: (541) 323-2306
ari@halpernlawgroup.net
Attorney for Plaintiff